Brunswick Engineering, Inc., an Illinois Corporation, Plaintiff-Appellee, v. Atlantic Polishing Mill, Inc., an Illinois Corporation, Defendant-Appellant.

Gen. No. 50,833. ■

First District, First Division.
October 3, 1966.
Rehearing denied October 18, 1966.

Samuel Morgan, of Chicago, for appellant; Philip M. Bloom and Frank Bloom & Starr, of Chicago, for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.